# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-52-GF-BMM-1 |
| Plaintiff, | ORDER |
| vs. | |
| DIANA CLARISSA CENTENO, | |
| Defendant. | |

Upon Defendant's Unopposed Motion to Amend, (Doc. 88.) IT IS HEREBY ORDERED that the Judgment shall be amended to reflect that the Defendant is given credit for time served beginning July 17, 2017.

DATED this 25th day of November, 2019.

_Brian Morris_
Brian Morris
United States District Court Judge

1